# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKittrick, Peter C. | United States Bankruptcy Court, District of Oregon | 06/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Judge | ☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>05/31/2015 |

**7. Chambers or Office Address**

1001 SW 5th Avenue
Suite 700
Portland Or.
97204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Secretary | McKittrick, Inc. |
| 2. | Partner | Mckittrick Leonard, LLP |
| 3. | Co-Trustee | Trust #1 - Revocable Living Trust |
| 4. | Co-Trustee | Trust #2 - Revocable Living Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | McKittrick Inc (fiduciary services) continues to make distributions to its owner based upon receipts of chapter 7 trustee commissions. |
| 2. | 2014 | McKittrick Inc. 401k pension and profit sharing plan. Participant. Plan terminating effective 4/15/15 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | McKittrick, Inc - W-2 wages | $106,500.00 |
| 2. 2014 | McKittrick, Inc - pass-through income | $343,739.00 |
| 3. 2014 | McKittrick Leonard LLP - self-employment income | $97,304.00 |
| 4. 2014 | Farleigh Wada Witt - percentage of fees collected | $12,080.17 |
| 5. 2013 | McKittrick, Inc - W-2 Wages | $127,000.00 |
| 6. 2013 | McKittrick Inc. - pass-through income | $317,417.00 |
| 7. 2013 | McKittrick Leonard LLP - self-employment income | $82,715.00 |
| 8. 2013 | Farleigh Wada Witt - percentage of fees collected | $38,586.83 |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | McKittrick Inc. Wages |
| 2. 2013 | McKittrick, Inc. Wages |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

**FINANCIAL DISCLOSURE REPORT**

Page 4 of 15

Name of Person Reporting

McKittrick, Peter C.

Date of Report

06/30/2015

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (SEP) (H) | | | | | | | | | |
| 2. -T (Common) | A | Dividend | | | Exempt | | | | |
| 3. - BMO (Common) | A | Dividend | | | Exempt | | | | |
| 4. - BMY (Common) | A | Dividend | | | Exempt | | | | |
| 5. - Burbank Calif Wtr & Pwr Wtr Rev Ser-B Bond | A | Interest | | | Exempt | | | | |
| 6. - CVX (Common) | A | Dividend | | | Exempt | | | | |
| 7. - Chicago Ill Brd Ed Ser-E Bond | A | Interest | | | Exempt | | | | |
| 8. - CSCO (Common) | A | Dividend | | | Exempt | | | | |
| 9. - GRMN (Common) | A | Dividend | | | Exempt | | | | |
| 10. - General Electric Cap Corp Bond | A | Interest | | | Exempt | | | | |
| 11. - GE (Common) | A | Dividend | | | Exempt | | | | |
| 12. - GPC (Common) | A | Dividend | | | Exempt | | | | |
| 13. - Illinois St Genl Oblig Build America Bond | A | Interest | | | Exempt | | | | |
| 14. - INTC (Common) | A | Dividend | | | Exempt | | | | |
| 15. - MRK (Common) | A | Dividend | | | Exempt | | | | |
| 16. - MSFT (Common) | A | Dividend | | | Exempt | | | | |
| 17. - NUE (Common) | A | Dividend | | | Exempt | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - PSO (Common) | A | Dividend | | | Exempt | | | | |
| 19.   - Pitney Bowes Inc Bond | A | Interest | | | Exempt | | | | |
| 20.   - PG (Common) | A | Dividend | | | Exempt | | | | |
| 21.   - QCOM (Common) | A | Dividend | | | Exempt | | | | |
| 22.   - SO (Common) | A | Dividend | | | Exempt | | | | |
| 23.   - TGT (Common) | A | Dividend | | | Exempt | | | | |
| 24.   - UPS (Common) | A | Dividend | | | Exempt | | | | |
| 25.   - VE (Common) | A | Dividend | | | Exempt | | | | |
| 26.   Brokerage #2 (Rollover IRA) (H) | | | | | | | | | |
| 27.   - Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | J | T | Exempt | | | | |
| 28.   - ABB (Common) | A | Dividend | J | T | Exempt | | | | |
| 29.   - AAPL (Common) | A | Dividend | J | T | Exempt | | | | |
| 30.   - T (Common) | A | Dividend | J | T | Exempt | | | | |
| 31.   - ABX (Common) | A | Dividend | J | T | Exempt | | | | |
| 32.   - BMO (Common) | A | Dividend | J | T | Exempt | | | | |
| 33.   - BMY (Common) | A | Dividend | K | T | Exempt | | | | |
| 34.   - CVX (Common) | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - CSCO (Common) | A | Dividend | K | T | Exempt | | | | |
| 36. - COP (Common) | A | Dividend | J | T | Exempt | | | | |
| 37. - GRMN (Common) | A | Dividend | J | T | Exempt | | | | |
| 38. - GPC (Common) | A | Dividend | J | T | Exempt | | | | |
| 39. - GILD (Common) | | None | J | T | Exempt | | | | |
| 40. - GSK (Common) | A | Dividend | J | T | Exempt | | | | |
| 41. - GOOG (Common) | | None | J | T | Exempt | | | | |
| 42. - GOOGL (Common) | | None | J | T | Exempt | | | | |
| 43. - GRC (Common) | A | Dividend | J | T | Exempt | | | | |
| 44. - HE (Common) | A | Dividend | | | Exempt | | | | |
| 45. - INTC (Common) | A | Dividend | J | T | Exempt | | | | |
| 46. - IBM (Common) | A | Dividend | K | T | Exempt | | | | |
| 47. - LMNR (Common) | A | Dividend | J | T | Exempt | | | | |
| 48. - MAT (Common) | A | Dividend | J | T | Exempt | | | | |
| 49. - MRK (Common) | A | Dividend | J | T | Exempt | | | | |
| 50. - MSFT (Common) | A | Dividend | J | T | Exempt | | | | |
| 51. - NSRGY (Common) | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - NUE (Common) | A | Dividend | | | Exempt | | | | |
| 53. - PSO (Common) | A | Dividend | J | T | Exempt | | | | |
| 54. - PG (Common) | A | Dividend | J | T | Exempt | | | | |
| 55. - PLD (Common) | A | Dividend | J | T | Exempt | | | | |
| 56. - QCOM (Common) | A | Dividend | J | T | Exempt | | | | |
| 57. - SGMO (Common) | | None | J | T | Exempt | | | | |
| 58. - SGEN (Common) | | None | J | T | Exempt | | | | |
| 59. - TOT (Common) | A | Dividend | J | T | Exempt | | | | |
| 60. - UPS (Common) | A | Dividend | J | T | Exempt | | | | |
| 61. - VLO (Common) | A | Dividend | J | T | Exempt | | | | |
| 62. - VEOEY (Common) | | None | J | T | Exempt | | | | |
| 63. - VZ (Common) | A | Dividend | J | T | Exempt | | | | |
| 64. - VGK (Common) | | None | J | T | Exempt | | | | |
| 65. - VFH (Common) | A | Dividend | J | T | Exempt | | | | |
| 66. - VWO (Common) | A | Dividend | J | T | Exempt | | | | |
| 67. - VBR (Common) | A | Dividend | J | T | Exempt | | | | |
| 68. - Illinois St Genl Oblig Build America Bond | B | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Chicago Ill Brd Ed Ser-E Build America Bond | A | Interest | J | T | Exempt | | | | |
| 70. - Chicago Ill Genl Oblig-B Build America Bond | | None | J | T | Exempt | | | | |
| 71. - Burbank Calif Wtr & Pwr Wtr Rev Ser-B Build America Bond | A | Interest | J | T | Exempt | | | | |
| 72. - General Elec Cap Corp Bond | A | Interest | J | T | Exempt | | | | |
| 73. - Pitney Bowes Inc Bond | A | Interest | K | T | Exempt | | | | |
| 74. - Hewlett-Packard Co Bond | A | Interest | K | T | Exempt | | | | |
| 75. - Baxter Intl Inc Bond | A | Interest | J | T | Exempt | | | | |
| 76. - Burlington North Santa Fe Corp Bond | A | Interest | J | T | Exempt | | | | |
| 77. - Teva Pharmaceut Fin BV Bond | A | Interest | J | T | Exempt | | | | |
| 78. - Goldman Sachs Group Inc Bond | A | Interest | J | T | Exempt | | | | |
| 79. - Wells Fargo & Co Bond | A | Interest | J | T | Exempt | | | | |
| 80. - Verizon Communications Bond | A | Interest | J | T | Exempt | | | | |
| 81. - JPMorgan Chase & Co Bond | A | Interest | K | T | Exempt | | | | |
| 82. - Fed Natl Mtg Assn Step | A | Interest | J | T | Exempt | | | | |
| 83. Brokerage #3 (Trust #1) (H) | | | | | | | | | |
| 84. - Fidelity Investments Core Account (Cash) | A | Interest | K | T | Exempt | | | | |
| 85. Brokerage #4 (Trust #1) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - AIG (Common) | A | Dividend | J | T | Exempt | | | | |
| 87.   - GE (Common) | A | Dividend | | | Exempt | | | | |
| 88.   - JNJ (Common) | A | Dividend | J | T | Exempt | | | | |
| 89.   - NNBR (Common) | A | Dividend | L | T | Exempt | | | | |
| 90.   - OCAT (Common) | | None | K | T | Exempt | | | | |
| 91.   - RDN (Common) | A | Dividend | K | T | Exempt | | | | |
| 92.   - Fidelity Cash Reserves | A | Dividend | M | T | Exempt | | | | |
| 93.   - Fidelity Investments Core Account (Cash) | A | Interest | M | T | Exempt | | | | |
| 94.   M.C. McKittrick Family LLC (H) | | | | | | | | | |
| 95.   - Rental Property #1, Sacramento, CA | A | Distribution | N | W | Exempt | | | | |
| 96.   - Rental Property #2, League City, Texas | B | Distribution | L | W | Exempt | | | | |
| 97.   - Rental Property #3, Detroit, Michigan | C | Distribution | M | W | Exempt | | | | |
| 98.   - Rental Property #4, Loveland, Ohio | F | Distribution | | | Exempt | | | | |
| 99.   - Rental Property #5, St Paul, MN | E | Distribution | | | Exempt | | | | |
| 100.  Brokerage #5 (H) | | | | | | | | | |
| 101.  - Morgan Stanley Bank N.A. (Bank Deposit Program) | A | Interest | J | T | Exempt | | | | |
| 102.  - CVX (Common) | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - CSCO (Common) | A | Dividend | J | T | Exempt | | | | |
| 104. - MSFT (Common) | A | Dividend | J | T | Exempt | | | | |
| 105. - MSI (Common) | A | Dividend | J | T | Exempt | | | | |
| 106. - WMT (Common) | A | Dividend | J | T | Exempt | | | | |
| 107. - American Gr Fd of America A Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 108. - American Small Cap World A Mutual Fund | B | Dividend | J | T | Exempt | | | | |
| 109. - American WA Mutual A Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 110. Oregon College Savings Plan #1-Age Based Portfolio 18 and Over | | None | L | T | Exempt | | | | |
| 111. Oregon College Savings Plan #2-Age Based Portfolio 18 and Over | | None | K | T | Exempt | | | | |
| 112. Brokerage #6 (H) | | | | | | | | | |
| 113. -Charles Schwab Cash Holding Account | E | Interest | J | T | Exempt | | | | |
| 114. Brokerage #7 (H) | | | | | | | | | |
| 115. - IShares Silver Shares | | None | J | T | Exempt | | | | |
| 116. - NNBR (Common) | | None | J | T | Exempt | | | | |
| 117. - Fidelity Value Fund Mutual Fund | A | Dividend | J | T | Exempt | | | | |
| 118. Brokerage #8 (Trust #3 - residual beneficiary trust) (H) | | | | | | | | | |
| 119. - Schwab Money Market Fund | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Vanguard High Yield Tax Bond Fund | | None | K | T | Exempt | | | | |
| 121.  - Vanguard Interm Term Tax Bond Fund | | None | K | T | Exempt | | | | |
| 122.  - Vanguard Long Term Tax Bond Fund | | None | K | T | Exempt | | | | |
| 123.  - Vanguard LTD Term Tax Bond Fund | | None | J | T | Exempt | | | | |
| 124.  - Vanguard Intl Growth Fd Equity Fund | | None | K | T | Exempt | | | | |
| 125.  - Vanguard Small Cap Index Equity Fund | | None | L | T | Exempt | | | | |
| 126.  - Vanguard Total Intl Stk Equity Fund | | None | L | T | Exempt | | | | |
| 127.  - Vanguard Total Stock Mkt Equity Fund | | None | L | T | Exempt | | | | |
| 128.  - Vanguard 500 Index Fd Equity Fund | | None | L | T | Exempt | | | | |
| 129.  - Vanguard FTSE Emerging Markets ETF | | None | J | T | Exempt | | | | |
| 130.  - Vanguard Total Stock Market ETF | | None | L | T | Exempt | | | | |
| 131.  Brokerage #9 (IRA) (H) | | | | | | | | | |
| 132.  - Wedbush Cash Holding Account | A | Interest | L | T | Exempt | | | | |
| 133.  - FDX (Common) | | None | K | T | Exempt | | | | |
| 134.  Brokerage #10 (IRA) (H) | | | | | | | | | |
| 135.  - Wedbush Cash Holding Account | A | Interest | O | T | Exempt | | | | |
| 136.  Hawksbeard Ventures LLC (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Rental Property, Black Butte Ranch, OR | | None | M | W | Exempt | | | | |
| 138. American General Life Insurance Co Variable Life VIP Index 500 (CSV) | A | Int./Div. | K | V | Exempt | | | | |
| 139. Bank of America Account | | None | K | T | Exempt | | | | |
| 140. Note - Farleigh Wada Witt | A | Interest | | | Exempt | | | | |
| 141. McKittrick Inc - shareholder interest | | None | L | U | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKittrick, Peter C. | 06/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I Positions.
Trust #2 has no reportable assets

Part VII Investments and Trusts
Line 138 - The value is cash surrender value (CSV)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter C. McKittrick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544